**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

APR 15 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID M. WALKER,
Comptroller General of the United States,

Plaintiff,

v.

RICHARD B. CHENEY,
Vice President of the United States and Chair,
National Energy Policy Development Group,

Defendant.

Civil Action No. 1:02CV00340 (JDB)

**~~[PROPOSED]~~ ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice submitted by Joseph R. Guerra, on behalf of Plaintiff David M. Walker, Comptroller General of the United States, it is this 12th day of April, 2002:

**ORDERED** that Gia B. Lee may appear *pro hac vice* as counsel for Plaintiff David M. Walker in this matter.

Date: April 12, 2002

John D. Bates
UNITED STATES DISTRICT JUDGE

Copies to:

Carter G. Phillips, Esq.
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005

Anthony H. Gamboa, Esq.
GENERAL ACCOUNTING OFFICE
441 G Street, N.W.
Washington, D.C. 20548

Theodore B. Olson, Esq.
Paul D. Clement, Esq.
U.S. DEPARTMENT OF JUSTICE
Office of the Solicitor General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

(N)